1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MORRIS MESTER,                              No. CIV S-10-1799-CMK-P

12              Plaintiff,

13        vs.                                    <u>ORDER</u>

14   McDONALD,

15              Defendant.

16   _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19   pauperis (Doc. 4).  Plaintiff's complaint will be addressed separately.

20              Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22              Accordingly, IT IS HEREBY ORDERED that:

23              1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 4) is

24   granted;

25              2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

26   action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

1          3.          No initial partial filing fee will be assessed pursuant to 28 U.S.C.

2    § 1915(b)(1); and

3          4.          Plaintiff will be obligated for monthly payments of twenty percent of the

4    preceding month's income credited to plaintiff's inmate trust account, such payments to be

5    forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

6    account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

7    § 1915(b)(2).

8

9     DATED:  August 11, 2010

10

11                                                    _____
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26