1

2

3

4

5 **IN THE UNITED STATES DISTRICT COURT**

6 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8 MORRIS MESTER,                                    No. CIV S-10-1799-CMK-P

9             Plaintiff,

10        vs.                                               ORDER

11 McDONALD,

12            Defendant.

13 _____/

14         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

15 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned

16 to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge

17 jurisdiction and the court now finds that assignment of a District Judge is necessary to properly

18 address the case.

19         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

20 randomly assign a District Judge to this case and to update the docket to reflect the new case

21 number.

22

23    DATED: November 3, 2010

24                                                    _____
                                                     **CRAIG M. KELLISON**
25                                                    UNITED STATES MAGISTRATE JUDGE

26

1