IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,                          No. CIV S-10-1799-JAM-CMK-P

    Plaintiff,

  vs.                                              ORDER

McDONALD,

    Defendant.

                               /

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Objections to Magistrate Recommendations and Findings" (Doc. 11).[1]

/ / /

/ / /

/ //

/ / /

/ / /

---

[1] At the outset, the court notes that no findings and recommendations have been issued in this case.

1

1         In the complaint, plaintiff states that he has another pending civil rights action before this court under case number CIV-S-09-3307-FCD-KJN-P, and that the current action seeks a "hardship transfer" so that plaintiff can be closer to family.  In the current filing, plaintiff states:

> Plaintiff is dismissing this action because classification recommendation is Salinas Valley Level 3 or R.J. Donovan Level 3 yard is OK with the plaintiff.

The court construes plaintiff's current filing as a notice of voluntary dismissal.  Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close this file.

        IT IS SO ORDERED.

DATED: November 9, 2010

                                                                */s/ Craig M. Kellison*
                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE